# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| INTERSPORT CORP. d/b/a WHAM-O, | |
| Plaintiff, | Case No.: 1:25-cv-10193 |
| v. | Judge Charles P. Kocoras |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, October 14, 2025, at 9:50 a.m., Plaintiff, by its counsel, shall appear by remote means before the Honorable Judge Charles P. Kocoras of the U.S. District Court for the Northern District of Illinois and present Plaintiff's Motion for Entry of Default and Default Judgment against the Defendants Identified in the First Amended Schedule A.

DATED: October 3, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                                           /s/ *Keith A. Vogt*
                                                           Keith A. Vogt, Esq.